UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELIZA LABS, INC., a corporation, and SHAW WALTERS, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>X CORP. (fka TWITTER), a corporation, X.AI CORP., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>  Defendants. | Case No. 4:25-cv-01208-P |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Eliza Labs, Inc. and Shaw Walters and Defendants X Corp., X.AI Corp., and X.AI LLC (hereinafter the "Parties") bring this Agreed Motion to Dismiss with Prejudice and respectfully show the Court as follows:

The Parties agree that all claims asserted in this matter should be dismissed with prejudice, with each party bearing their own costs, expenses, and attorneys' fees. The Parties respectfully request that the Court grant the Agreed Motion and dismiss this lawsuit with prejudice.

Dated: December 23, 2025

/s/ *Anna Katherine Benedict*
Warren T. Burns
State Bar No. 24053119
Chase T. Hilton
State Bar No. 24100866
Anna Katherine Benedict
State Bar No. 24143946
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
chilton@burnscharest.com
abenedict@burnscharest.com

Christopher Cormier
(admitted *pro hac vice*)
DC Bar No. 496384
BURNS CHAREST LLP
2445 M Street NW, Suite 740
Washington, DC 20037
Telephone: (202) 577-3977
ccormier@burnscharest.com

Matthew F. Miller
(admitted *pro hac vice*)
CA Bar No. 172661
Batya F. Forsyth
(admitted *pro hac vice*)
CA Bar No. 192346
Susanna L. Chenette
(admitted *pro hac vice*)
CA Bar No. 257914
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
mmiller@hansonbridgett.com
bforsyth@hansonbridgett.com
schenette@hansonbridgett.com

ATTORNEYS FOR PLAINTIFFS

Respectfully submitted:

/s/ *Joel Kurtzberg*
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
John MacGregor (*pro hac vice* pending)
32 Old Slip
New York, NY 10005
Phone: 212.701.3210
Facsimile: 212.269.5420
jkurtzberg@cahill.com
jmacgregor@cahill.com

Noah M. Schottenstein, Texas Bar No. 24087072
Christopher D. Hilton, Texas Bar No. 24087727
Michael Abrams, Texas Bar No. 24087072
Stone Hilton PLLC
301 Commerce Street
Bank of America Tower
Suite 2360
Fort Worth, TX 76102
Telephone: 737.465.3897
noah@stonehilton.com
chris@stonehilton.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

     I hereby certify that on December 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ Anna Katherine Benedict*
                                            Anna Katherine Benedict