UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELIZA LABS, INC. ET AL.,**

   Plaintiff,

v.                                            No. 4:25-cv-01208-P

**X CORP., ET AL.,**

   Defendants.

### ORDER

Before the Court is the Parties' Agreed Motion to Dismiss With Prejudice ("Motion"). Having reviewed the Motion and the applicable law, the Court concludes that the Motion should be, and it is hereby, **GRANTED**. All of Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **29th day of December 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE