UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELIZA LABS, INC. ET AL.,**

   Plaintiff,

**v.**                                                    **No. 4:25-cv-01208-P**

**X CORP., ET AL.,**

   Defendants.

## ORDER

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiffs' claims against Defendants are **DISMISSED with prejudice**. *See* Fed. R. Civ. P. 58.

**SO ORDERED** on this **29th day of December 2025.**

_____

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE